UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATHANIEL HARRIEL,

                                   Petitioner,

   v.

BREITENBACH,

                                   Respondent.

Case No. 3:26-cv-00203-ART-CSD

ORDER GRANTING
MOTION FOR A STAY

*Pro se* Petitioner Nathaniel Harriel filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-2.) Following a review of the petition, the Court directed Harriel to show cause why his petition should not be dismissed without prejudice as unexhausted. (ECF No. 5.) In response, Harriel filed a motion for a stay. (ECF No. 6.)

The Court is authorized to stay an unexhausted petition in "limited circumstances" to allow a petitioner to present unexhausted claims to the state court. *Rhines v. Weber*, 544 U.S. 269, 273–75 (2005); *Mena v. Long*, 813 F.3d 907, 912 (9th Cir. 2016) (holding that district courts have authority to stay and hold in abeyance both mixed petitions and "fully unexhausted petitions under the circumstances set forth in *Rhines*"). Under the *Rhines* test, "a district court must stay a mixed petition only if: (1) the petitioner has 'good cause' for his failure to exhaust his claims in state court; (2) the unexhausted claims are potentially meritorious; and (3) there is no indication that the petitioner intentionally engaged in dilatory litigation tactics." *Wooten v. Kirkland*, 540 F.3d 1019, 1023 (9th Cir. 2008) (citing *Rhines*, 544 U.S. at 278).

The Court finds that a stay is appropriate given that (1) Harriel just filed his state habeas petition, (2) Harriel's premature federal petition amounts to a protective petition, and (3) Harriel has not engaged in intentionally dilatory

1

litigation tactics.

It is therefore ordered that the motion for stay [ECF No. 6] is granted.

It is further ordered that Harriel must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings.

It is further kindly ordered that the Clerk of Court stay and administratively close this action.

DATED THIS 6th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE